IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD L. LEWIS, | ) | 1:08-cv-1080 GSA |
| Plaintiff, | ) | |
| | ) | ORDER DISMISSING ACTION |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Defendant. | ) | |

   Pursuant to the parties' stipulation filed on January 12, 2009, this action is DISMISSED without prejudice. Each party shall bear its own costs and expenses, including, but not limited to attorney's fees.

   IT IS SO ORDERED.

   **Dated:   January 15, 2009**            /s/ **Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

1